AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**

MAY 0 4 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.
RUSSELL CHARLES TAYLOR

)
)
)   Case No.   1:15-mj-0334
)
)
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RUSSELL CHARLES TAYLOR,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 - 7 Production of Child Pornography in violation of 18 U.S.C. § 2251(a)
Count 8 Possession of Child Pornogrpahy in violation of 18 U.S.C. § 2252(a)(4)(B)

Date:   05/04/2015

*Issuing officer's signature*

City and state:   Indianapolis, Indiana

Mark J. Dinsmore
*Printed name and title*

### Return

This warrant was received on *(date)* 5-4-15, and the person was arrested on *(date)* 5-4-15
at *(city and state)* Indianapolis, Indiana.

Date: 5-4-15

*Arresting officer's signature*

Darin Odier  FBI TFO
*Printed name and title*